**Chad M. Colton, OSB #065774**
ChadColton@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone:  (503) 295-3085
Facsimile (503) 323-9105

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRISTOFOR LOFGREN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER COZZONE, an individual; BAIN CAPITAL DOUBLE IMPACT FUND, LP, a Delaware limited partnership; BCIP DOUBLE IMPACT ASSOCIATES, L.P., a Delaware limited partnership; KITCHEN FUND, LP, a Delaware limited partnership; and SUSTAINABLE RESTAURANT HOLDINGS, INC., a Delaware limited liability company with its principal place of business in Oregon,<br><br>Defendants. | Case No.: 3:20-cv-00784-AC<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SUSTAINABLE RESTAURANT HOLDINGS, INC.**<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby gives

notice of his voluntary dismissal of all claims against defendant Sustainable Restaurant

///

///

///

///

**1 -    PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SUSTAINABLE RESTAURANT HOLDINGS, INC.**

Holdings, Inc. ("SRH"), without prejudice and without attorney fees or costs to any party.

Mr. Lofgren intends to pursue his claims in the SRH bankruptcy proceedings.

DATED this 22nd day of June, 2020.

MARKOWITZ HERBOLD PC

By:    *s/ Stanton R. Gallegos*

Chad M. Colton, OSB #065774
ChadColton@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com

Attorneys for Plaintiff

1002699

**2 -    PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST
        DEFENDANT SUSTAINABLE RESTAURANT HOLDINGS, INC.**